UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIO DRAKES, | No. C 11-1887 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MATTHEW CATE, Secretary of CDCR, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a petition in this court after he obtains the necessary order from the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 21, 2011

SUSAN ILLSTON
United States District Judge